**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
NOV 22 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                          INDICTMENT NO. 6:24-cr-75-CHB

**BRIDGETT VANCE and**
**GARY VICKERY,**
   **aka BRONSON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

On or about a date in May 2020, the exact date unknown, and continuing through on or about February 22, 2024, in McCreary County and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**BRIDGETT VANCE and**
**GARY VICKERY,**
**aka BRONSON,**

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about July 23, 2021, in McCreary County, in the Eastern District of Kentucky,

**BRIDGETT VANCE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about February 16, 2022, in McCreary County, in the Eastern District of Kentucky,

**BRIDGETT VANCE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance. all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about August 22, 2023, in McCreary County, in the Eastern District of Kentucky,

**BRIDGETT VANCE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about August 31, 2023, in McCreary County, in the Eastern District of Kentucky,

**BRIDGETT VANCE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about September 1, 2023, in Pulaski County, in the Eastern District of Kentucky,

**BRIDGETT VANCE**

did knowingly and intentionally possess with the intent to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about February 22, 2024, in Laurel County, in the Eastern District of Kentucky,

**GARY VICKERY,**
**aka BRONSON,**

did knowingly and intentionally possess with the intent to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853

1.  By virtue of the commission of the felony offenses alleged in Counts 1 through 7 of the Indictment, **BRIDGETT VANCE** and **GARY VICKERY, aka**

**BRONSON** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of these violations. Any and all interest that **BRIDGETT VANCE** and **GARY VICKERY, aka BRONSON**, have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$4,529.00 in United States currency seized on September 1, 2023.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON**

*[signature]*
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1-7

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense:**
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.